54 B.R. 43 (1985)
In re CHASE & SANBORN CORP. f/k/a General Coffee Corp. et al., Debtor(s).
Paul C. NORDBERG, as Trustee etc., Plaintiff,
v.
BANK OF CREDIT AND COMMERCE INTERNATIONAL, Defendant.
Bankruptcy No. 83-00889-BKC-TCB, Adv. No. 85-0712-BKC-TCB-A.
United States Bankruptcy Court, S.D. Florida.
August 8, 1985.
*44 Roberta A. Colton, Tampa, Fla., for defendant.
John H. Genovese, Miami, Fla., for plaintiff.

ORDER DENYING JURY TRIAL
THOMAS C. BRITTON, Bankruptcy Judge.
The defendant's demand for jury trial in this adversary proceeding was heard on August 5. The demand for a jury trial is denied.
The action is to avoid a preference under 11 U.S.C. § 547(b). No right to a jury existed under the Common Law for such an action, which is a statutory remedy bottomed on principles of equity. Katchen v. Landy, 382 U.S. 323, 86 S.Ct. 467, 15 L.Ed.2d 391 (1966); Sibley v. Fulton Dekalb Collection Service, 677 F.2d 830 (11th Cir.1982); Country Junction, Inc. v. Levi Strauss & Co. (In re Country Junction, Inc.), 41 B.R. 425 (W.D.Tex.1984); Lerblance v. Rodgers (In re Rodgers & Sons, Inc.), 48 B.R. 683 (Bankr.E.D.Okla.1985); Pennels v. Barnes (In re Best Pack Seafood, Inc.), 45 B.R. 194 (Bankr.D.Me.1984). I see no reason to exercise this court's discretion to provide a jury in this instance.